# RECORD IMPOUNDED

**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. <u>R.</u> 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0412-19

M.F.,

     Plaintiff-Respondent,

v.

R.F.,

     Defendant-Appellant.

_____

> Submitted October 15, 2020 - Decided March 18, 2022
>
> Before Judges Accurso and Vernoia.
>
> On appeal from the Superior Court of New Jersey, Chancery Division, Family Part, Monmouth County, Docket No. FV-13-0756-05.
>
> R.F., appellant pro se.
>
> Respondent has not filed a brief.

    The opinion of the court was delivered by

ACCURSO, J.A.D.

We are in receipt of the trial court's order vacating the July 24, 2019 final restraining order against defendant. As he has achieved the relief he was seeking by way of this appeal, we dismiss this matter as moot.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION